ANNE BACKHAUT, Respondent, v. NATHAN E. BACKHAUT, Appellant, and ANNA PALENBERG and Others, Defendants.— Order amending separation decree reversed upon the law and the facts and writ dismissed, without costs and without prejudice to an application to modify the final decree. The procedure attempted by writ of habeas corpus, without allegations affecting the best interests of the child, was improper. (People ex rel. Strauss v. Steindler, 223 App. Div. 230.) Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

BARNEY BENNET, Respondent, v. S. AND H. GROSSINGER, INC., Appellant.— Order denying defendant's motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Kapper, J., dissents.

JENNIE BIEZYNSKI, Respondent, v. WILLIAM BIEZYNSKI, Appellant.— Order denying motion to vacate and set aside order and final judgment affirmed, with ten dollars costs and disbursements. The appeal from the judgment will bring up for review the merits herein. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

MARGARET CHUPKO, as Administratrix, etc., of SAM CHUPKO, Deceased, Respondent, v. PETITT & REED, Appellant.— Order as resettled modified by striking out the names of Bryant L. Hopkins and C. M. Seeley as persons subject to examination, upon the ground that neither is shown by the record to have been the operator or in control of the elevator in question, and that Seeley is in the employ of the defendant and is not " without the state " within the provisions of section 288 of the Civil Practice Act, and as so modified, affirmed without costs. Examination to proceed on five days' notice at the hour and place stated in the order. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

IRVING J. DOLGENIS, Respondent, v. RUTH DOLGENIS, Appellant.— Order modified so as to provide that defendant be awarded $300 for the employment of alienists to examine her and testify as to her condition upon the trial, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

FRANCES FAVUZZA, Appellant, v. FRANK FAVUZZA, Respondent.— Order denying motion to punish defendant for contempt affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

WILLIAM FOX, Respondent, v. JACOB W. LOEB, Appellant. (Appeal No. 1.) — Order denying motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.